C. A. No. 76-301. STATE *v.* JOHNNIE JONES. Treating the defendant's motion to permit review by way of direct appeal

or certiorari as a motion to correct the record under Rule 10(e) the motion is denied as being moot. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.